BROWNSTONE ASSOCIATES v. THE MAYOR AND TOWNSHIP COMMITTEE OF THE TOWNSHIP OF LITTLE FALLS AND LITTLE FALLS TENANTS ASSOCIATION.

May 17, 1985.

The Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed. (See 99 *N.J.* 180)

MARIAN J. PIEPER AND THOMAS C. PIEPER v. FAIRLEIGH DICKINSON UNIVERSITY.

May 17, 1985.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed. (See 99 *N.J.* 183)